UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN DECKER, | ) | CIVIL ACTION NO. 4:20-CV-951 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| Defendant | | |

ORDER

In accordance with the accompanying memorandum opinion, it is

ORDERED that:

(1)　The final decision of the Commissioner is VACATED.

(2)　This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)　Final judgment will be issued in favor of Ann Decker by separate order.

(4)　The Clerk of Court is DIRECTED to CLOSE this case.


Date: November 22, 2021　　　　　BY THE COURT

　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　U.S. Magistrate Judge